UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

In re:
ANDREA J. DUNN a/ka/
ANDREA J. TRAUTMANN,

                Debtor.

Chapter 7
Case No. 12-73616-LAS

---------------------------------X
ANDREA J. DUNN a/k/a
ANDREA J. TRAUTMANN,

                Plaintiff,

    - against -

NAVIENT PRIVATE LOAN TRUST,
NAVIENT CREDIT FINANCE CORP.,
UNITED STATES DEPARTMENT OF
EDUCATION, PENNSYLVANIA HIGHER
EDICATION ASSISTANCE AGENCY d/b/a/
AMERICAN EDUCATION SERVICES,
NAVIENT d/b/a NAVIENT SOLUTIONS, LLC
f/k/a SALLIE MAE, individually and as
successor to United States Department of
Education, NAVIENT f/k/a SALLLIE MAE,
individually and as successor to United States
Department of Education, COLLEGIATE
TRUST, NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2006-3, THE EDUCATION
RESOURCES INSTITUTE INC., JP MORGAN
CHASE BANK NA, CITIZENS BANK NA, f/k/a
CHARTERONE BANK NA, EDUCATIONAL
CREDIT MANAGEMENT CORPORATION,
THE BANK OF NEW YORK MELLON
CORPORATION, and STRADA EDUCATION
NETWORK INC f/k/a USA FUNDING INC.,

                Defendants.
---------------------------------X

Adversary Pro. No. 8-18-08011

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

*Dunn a/k/a Trautmann v. Department of Education, Adv. Proc. No. 8-18-8100-las*
*Stipulation and Order of Dismissal with Prejudice*

1. IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff-Debtor Andrea Dunn a/k/a Andrea Trautmann ("Plaintiff-Debtor") and the Department of Education ("DOE"), by and through their respective undersigned counsel, that this action and any and all claims arising therefrom against the DOE are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy Procedure, with each party to bear her/its own costs, fees and disbursements. Plaintiff-Debtor further agrees that no further suit will be instituted against the DOE for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

2. The DOE is hereby dismissed as a party to Adversary Proceeding No. 8-18-08011.

Dated: Commack, New York
       April **30**, 2018

                                        Somer, Heller & Corwin, LLP
                                        *Attorneys for Plaintiff/Debtor*
                                        2171 Jericho Turnpike
                                        Suite 350
                                        Commack, NY 11725

By:    Melissa Corwin, Esq.
        (631) 462-2323

*Dunn a/k/a Trautmann v. Department of Education, Adv. Proc. No. 8-18-8100-las*
*Stipulation and Order of Dismissal with Prejudice*

Dated: Central Islip, New York
      April \_\_\_\_, 2018

                                    RICHARD P. DONOGHUE
                                    United States Attorney
                                    Eastern District of New York
                                    *Attorney for Defendant Department of Education*
                                    610 Federal Plaza, 5th Floor
                                    Central Islip, New York 11722

                         By:     /s/Diane C. Leonardo
                                      Diane C. Leonardo
                                      Assistant United States Attorney
                                      (631) 715-7854
                                      diane.beckmann@usdoj.gov

SO ORDERED:

_____
Honorable Louis A. Scarcella
United States Bankruptcy Court